James Jardine (1647)
jjardine@rqn.com
Rick B. Hoggard (5088)
rhoggard@rqn.com
RAY, QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
(801) 535-1500

Jared S. Goff (Admitted Pro Hac Vice)
jared@goffpatentlaw.com
GOFF PATENT LAW
8000 NE Parkway Dr., Suite 200
Vancouver, WA  98662
(503) 349-1110

John D. Vandenberg (Admitted Pro Hac Vice)
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
(503) 595-5300

Counsel for Defendant
Microsoft Corporation

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| INTERNATIONAL AUTOMATED SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL PERSONA, INC.; MICROSOFT CORPORATION; IBM; IBM CORPORATION; IBM PERSONAL COMPUTING DIVISION; LENOVO (UNITED STATES) INC.; LENOVO GROUP LTD.; UPEK, INC. and JOHN DOES 1-20, <br><br> Defendants. | STIPULATION OF DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT MICROSOFT CORPORATION <br><br> Case No.:  2:06-CV-00072-DB <br> Judge:  Dee Benson |
|---|---|

Defendant Microsoft Corporation ("Microsoft") and Plaintiff International Automated Systems, Inc. ("IAS"), parties to this legal action, by and through their attorneys, do hereby stipulate as follows:

1. IAS's claims against Microsoft for infringement of U.S. Patent No. 5,598,474 ("the '474 Patent") are dismissed with prejudice.

2. Microsoft's counter-claims of non-infringement and invalidity of the '474 Patent are dismissed with prejudice.

3. IAS and Microsoft respectfully request that the Court enter the attached [Proposed] Order Dismissing Claims Between Plaintiff and Defendant Microsoft Corporation.

4. Each party is to bear its own costs and attorneys fees with respect to this legal action and the entry of the attached [Proposed] Order Dismissing Claims Between Plaintiff and Defendant Microsoft Corporation.

Dated: April 2, 2008         /s/ Jared S. Goff
                             Jared S. Goff (Admitted Pro Hac Vice)
                             Counsel for Defendant Microsoft Corporation


Dated: April 2, 2008         /s/ J. David Nelson (with permission)
                             J. David Nelson #2385
                             Counsel for Plaintiff International Automated Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2008, the foregoing STIPULATION OF DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT MICROSOFT CORPORATION was electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

| | |
|---|---|
| J. David Nelson<br>nsdpnelson@aol.com<br>Robert D. Dahle<br>bobdahle@aol.com<br>NELSON, SNUFFER, DAHLE<br>& POULSEN, P.C.<br>10885 South State Street<br>Sandy, UT 84070<br>Counsel for Plaintiff | Joseph R. Bond<br>jbond@bond-iplaw.com<br>Bond Law Office, LLC<br>1680 East 1350 North<br>Heber City, UT  84032<br>Counsel for Defendant Digital Persona, Inc. |
| James Snell<br>james.snell@bingham.com<br>Gerald Chan<br>Bingham McCutcheon LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303-2233<br>Counsel for Defendant Lenovo | Jeffrey A. Miller<br>jmiller@orrick.com<br>Sugithra Somasekar<br>ssomasekar@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Counsel for Defendant UPEK, Inc. |
| Todd M. Shaughnessy<br>tshaughnessy@swlaw.com<br>Snell & Wilmer (Ut)<br>15 W South Temple Ste 1200<br>Beneficial Tower<br>Salt Lake City, UT 84101<br>(801)257-1900<br>Counsel for Defendant IBM | |

/s/     Jared S. Goff