MAX D. WHEELER (3439)
JOSEPH P. BARRETT (8088)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145
Telephone:   (801) 521-9000
Facsimile:    (801) 363-0400

JEFFREY A. MILLER (Admitted *Pro Hac Vice*)
SUGITHRA SOMASEKAR (Admitted *Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendant
UPEK, INC.

FILED
U.S. DISTRICT COURT

2009 APR 28  A 11: 20

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INTERNATIONAL AUTOMATED SYSTEMS, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>IBM; IBM CORPORATION; IBM PERSONAL COMPUTING DIVISION; LENOVO (UNITED STATES) INC.; LENOVO GROUP LTD.; UPEK, INC.; and JOHN DOES 1-20.<br><br>  Defendants and Counterclaimants. | [PROPOSED] ORDER FOR DISMISSAL<br><br>Case No.: 2:06-CV-00072-DB<br>Judge: Dee Benson |

1

Having reviewed the Joint Stipulation of Dismissal entered into by plaintiff International Automated Systems, Inc. and defendants and counter claimants UPEK Inc. ("UPEK"), International Business Machines Corporation ("IBM"), and Lenovo (United States) Inc. ("Lenovo"), in which the parties stipulate and agree to the following, IT IS HEREBY ORDERED THAT:

1. International Automated System Inc.'s claims in its Complaint are dismissed with prejudice; and

2. UPEK's, IBM's and Lenovo's Counterclaims are dismissed without prejudice.

3. Each of the parties shall bear its own costs and attorney fees.

4. The foregoing dismissals dispose of all remaining claims and counterclaims in the above entitled action.

**IT IS SO ORDERED.**

Dated: 4/27/09

_____
The Honorable Judge Dee Benson
United States District Court Judge

OHS West:260635063.1